**Marion L. HOLLOWAY, Jr., Movant-Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 33406.**

Missouri Court of Appeals, Western District.

Aug. 24, 1982.

Holliday & Holliday, David A. Koester, Harold L. Holliday, Jr., Kansas City, for movant-appellant.

John Ashcroft, Atty. Gen., Jefferson City, Priscilla Gunn, Asst. Atty. Gen., for respondent.

Before SHANGLER, P. J., and PRITCH-ARD and DIXON, JJ.

PER CURIAM:

Movant appeals denial of relief under a Rule 27.26 motion after evidentiary hearing. Affirmed. Rule 84.16(b).